UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
DEC 15 2011
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

LINDA GAYLE WILSON

CASE NO. 3:11-cr-307-J-25JRK
Ct. 1: 18 U.S.C. § 1038(a)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about May 9, 2010 and continuing through May 10, 2010, at Duval County, in the Middle District of Florida,

LINDA GAYLE WILSON,

the defendant herein, did intentionally engage in conduct with the intent to convey false or misleading information, under circumstances where such information may have been reasonably believed, and where such information indicated that an activity had taken place, is taking place, and would take place, that would violate Title 18, United States Code, Chapter 113B, to-wit: use of a weapon of mass destruction. Specifically, the defendant called the Jacksonville Sheriff's Office and stated in substance that a bomb was going to explode on a cruise ship scheduled to arrive at the JAXPORT Cruise Terminal.

In violation of Title 18, United States Code, Section 1038(a)(1).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
KEVIN C. FREIN
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

LINDA GAYLE WILSON

## INDICTMENT

Violations:

18 U.S.C. § 1038(a)(1)

A true bill

_____
Foreperson

Filed in open court this ~~14th~~ 15th day
of December, 2011.

_____
Clerk

Bail $_____